**Order filed October 27, 2022**



**In The**

# Eleventh Court of Appeals

_____

**No. 11-22-00219-CR**

_____

## IN RE EDDIE DALE UNDERWOOD

---

**Original Mandamus Proceeding**

---

### O R D E R

We have reviewed the "Motion to Recuse Appellate Judges" filed in this cause on October 18, 2022, as it pertains to seeking the recusal of Justice W. Bruce Williams. Pursuant to Rule 16.3(b) of the Texas Rules of Appellate Procedure, Justice Williams has considered the motion in chambers. Justice Williams has found no reason to recuse himself and, pursuant to Rule 16.3(b), has certified the issue to the entire court for a determination by the other justices of this court.[1] *See* TEX. R. APP. P. 16.3(b). Chief Justice John M. Bailey and Justice W. Stacy Trotter have decided the matter without Justice Williams's participation.

---

[1]A copy of Justice Williams's written certification is attached to this order.

The recusal of appellate court justices is controlled by Rule 16 of the Texas Rules of Appellate Procedure. The grounds for recusal of an appellate court justice are provided in the Texas Rules of Civil Procedure. TEX. R. APP. P. 16.2; *see* TEX. R. CIV. P. 18b. We find no reason for Justice Williams to recuse himself and hold that none of the grounds set out in Rule 18b are applicable to Justice Williams in this case. *See* TEX. R. CIV. P. 18b; *see also Manges v. Guerra*, 673 S.W.2d 180, 185 (Tex. 1984); *McCullough v. Kitzman*, 50 S.W.3d 87, 88 (Tex. App.—Waco 2001, pet. denied).

The request for the recusal of Justice W. Bruce Williams is denied.

PER CURIAM

October 27, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J., and Trotter, J.

Williams, J., not participating.